**Britsch, Lauren (USAVAE)**

| | |
|---|---|
| From: | Johns, Daniel J. (CID) (FBI) <Daniel.Johns@ic.fbi.gov> |
| Sent: | Friday, December 18, 2015 4:55 PM |
| To: | McCormick, Tracy D. (USAVAE); Britsch, Lauren (USAVAE) |
| Subject: | Fwd: Agent Testimony |

Daniel Johns
FBI Special Agent
Violent Crimes Against Children Section
Major Case Coordination Unit
daniel.johns@ic.fbi.gov
410-981-8705

-------- Original message --------
From: "Mcmurtrie, John S. (ME) (FBI)" <John.McMurtrie@ic.fbi.gov>
Date: 12/18/2015 4:06 PM (GMT-05:00)
To: "Johns, Daniel J. (CID) (FBI)" <Daniel.Johns@ic.fbi.gov>, "Wall, L M. (LA) (FBI)" <Lisa.Wall@ic.fbi.gov>, "Miller, Matthew J. (MP) (FBI)" <Matthew.Miller2@ic.fbi.gov>, "Fitzgerald, David T. (MW) (FBI)" <David.Fitzgerald2@ic.fbi.gov>
Cc: "Cha, K P. (CID) (FBI)" <K.Paul.Cha@ic.fbi.gov>
Subject: RE: Agent Testimony

RGR that.
I had brief contact with our Subject today in conjunction with locating and interviewing his girlfriend, Faith Ivey.
With the information he provided I was able to locate and chat with her regarding the locked storage box found in the bedroom closet. She advised she had never seen it before today (I displayed photographs) and had never seen the thumb drives and external hard drive before today.

--

-------- Original message --------
From: "Johns, Daniel J. (CID) (FBI)" <Daniel.Johns@ic.fbi.gov>
Date: 12/18/2015 2:49 PM (GMT-06:00)
To: "Wall, L M. (LA) (FBI)" <Lisa.Wall@ic.fbi.gov>, "Miller, Matthew J. (MP) (FBI)" <Matthew.Miller2@ic.fbi.gov>, "Fitzgerald, David T. (MW) (FBI)" <David.Fitzgerald2@ic.fbi.gov>, "Mcmurtrie, John S. (ME) (FBI)" <John.McMurtrie@ic.fbi.gov>
Cc: "Cha, K P. (CID) (FBI)" <K.Paul.Cha@ic.fbi.gov>
Subject: RE: Agent Testimony

All,