Sylvia Hendrix
5024 Riverwood Cove
Milan, Tn. 38358
March 26, 2016

The Honorable T.S. Ellis, III:
Dear Sir:

I am writing in regard to my son, Brian Hendrix. He is about to be sentenced next month. Brian has never been in trouble before. He is a good son, and father to his 11 year old son. He loves his family very much and we all love and support him.

His dad is very sick; an amputee and almost blind. As a mother, I want to do everything I can for Brian. I can't come to Virginia for court, but I can ask you from the bottom of my heart, please give Brian another chance. We all need a second chance to forgive and be forgiven.

Please, Judge Ellis, be merciful, and I will continue to pray for my son, and I will be praying for you.

Respectfully yours,
Sylvia Hendrix