March 29, 2016

The Honorable T. S. Ellis, III,

My name is Heather Hendrix. I am writing you on behalf of Brian Hendrix. Brian and I were married about 8 years and we share a son who will be 12 years old in April. Despite getting divorced we have always maintained a friendship and close communication for our son.

To be honest I have been torn on whether or not to write this letter. I would have never imagined in a million years something like this would ever happen. This has wrecked our world and unfortunately this has greatly affected our son. You hear about these unfortunate cases, but, never would I have thought we would have to experience this or see the pain it has caused. You never want that for anyone, especially your child, and for that reason I am writing you.

Brian is definitely not someone who would purposely put himself in this situation.  He has always been careful in everything he does. He is the guy that reads the entire contract when buying a house. He always makes sure he understands what he's signing and that he's not signing into an agreement he isn't comfortable with. He is cautious and reserved, he does not take chances. I am still in disbelief that he even found himself in this situation. He won't even speed because he doesn't want to get pulled over and get a ticket. I understand that good people can do bad things, but this is something so far off and unimaginable. This is not who

Brian is and something he wouldn't have done on his own. I don't know how he got into this situation.

He has always had a good relationship with our son. His days off work were spent with our son, or any vacation time he had. If they didn't see each other they always talked or text before bedtime. He was always there on holidays, birthdays, and sporting events if his work schedule allowed. Now they don't get that luxury. I can't afford the phone calls, so they can't talk as often as they would like. I've asked Brian to call every other week and to write in between. Our son looks forward to his dads' calls and letters. This too, is something I have struggled with. I wouldn't let them speak until our son felt he was ready and even after that he had some behavioral issues which is to be expected. It is still a work in progress, but writing to his dad is like therapy for him. Our motto is, "everything is gonna be okay."

Brian is a good person and I want to make sure my son will be able to see his dad, sooner than later. I don't want him to grow up with this thought always going through his mind. Our son doesn't know the full story, I only told him what I knew a 12 year old would understand, along with a teaching moment to make sure he knows the importance of always making sure you do the right thing and only use the internet for its intended purpose and nothing else. I don't have the answers and we are still trying to work through all of this but my sons' main concern is when will he see his dad, will he ever see his dad again? The pain and hurt that is in my sons' eyes and heart, and hearing the hurt over the phone with Brian, I wouldn't wish this on anyone. I understand the seriousness of the case, but I also know Brian. Thank you for taking the time to read this and I hope you will consider all possibilities of a lesser sentence.

My son knows the day of his dads sentencing, and I hope when he comes home from school I will be able to tell him he will be able to see his dad sooner than later.

Sincerely,

Heather Hendrix