Kelly Whitley
569 Briley Ln.
Portland, TN., 37148

3/24/2016

To The Honorable T. S. Ellis, III

While I don't know why or what lead to the circumstance that has brought Brian to this point, I would like to offer my statement on his behalf of what I do know.

Brian is the father of Matthew Hendrix. Brian has always taken care of Matthew, even through a difficult separation of his wife leaving him for another man and eventually separating Brian from his son. Brian continued to be involved in Matthew's life on a daily basis, as best he could given the situation. The goodness in his heart and character as a father shown through every day while his wife, now ex-wife, eventually moved her boyfriend into the home with Brian and their son. Brian's ability to tolerate this just so he could remain with his son speaks volumes to his humanity and love for his child.

Brian has never been in any trouble before now, in fact Brian has always worked hard in support of his family and been a model citizen. I can't remember when he hasn't held a job working less than 50-60 hours a week to support his family.

I hope the court will give leniency in the fact that this is the first time Brian has ever been in any kind of trouble and the fact that Brian has before this point always been a model citizen and loving father enduring much more than most men would to retain the bond with his son.

Very Respectfully,

*Kelly W Whitley*
Kelly W. Whitley